

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPI
## NORTHERN DIVSION

**ERIN MOORE**                                                                                      **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 3:20-cv-464-CWR-LRA**

**CLARKE COUNTY, MS; ET AL**                                                                **DEFENDANTS**

### ORDER OF STAY

This day this cause came on to be heard on Sheriff Todd Kemp ("Sheriff Kemp") and Chief Deputy Barry White's ("Deputy White") Motion for Stay Based on Qualified Immunity (*CM/ECF Doc. No. 15*) and the Court, having considered the same and in light of the movants' pending Motion for Judgment on the Pleadings based on Qualified Immunity (*CM/ECF Doc. Nos. 13, 14*), is of the opinion that a Stay should be granted.

IT IS THEREFORE ORDERED that, pursuant to Local Rule 16(b)(3), disclosure requirements, the submission of confidential settlement memoranda, the case management conference, and all discovery are stayed pending the resolution of the movant's Motion for Judgment on the Pleadings based on Qualified Immunity.

SO ORDERED this the 29th day of September, 2020.

s/Linda R. Anderson
UNITED STATES MAGISTRATE COURT JUDGE

Prepared By:
/s/*Lance W. Martin*
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com
*Attorneys for Defendants, Sheriff Todd Kemp and Chief Deputy Barry White*