**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ERIN MOORE**                                                                    **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 2:20-CV-209-TBM-MTP**

**CLARKE COUNTY, MS; et al.**                                          **DEFENDANTS**

<u>**JOINDER**</u>

**COMES NOW,** Defendant, Deputy Ben Ivy, in his individual capacity as a duly commissioned Deputy for Clarke County, MS, by and through counsel, and files this his Joinder in the following:

1.    Clarke County, Mississippi, Sheriff Todd Kemp, and Chief Deputy Barry White's Motion for Judgment on the Pleadings as to State Law Claims **[Doc. 33]** and

2.    Clarke County, Mississippi, Sheriff Todd Kemp, and Chief Deputy Barry White's Memorandum of Authorities in Support of Motion for Judgment on the Pleadings as to State Law Claims as to Section III.  Plaintiff's Pre-Suit Notice of Claim Failed to Comply With the MTCA's Pre-Suit Notice Requirements (pages 13-17) **[Doc. 34]**.

This Defendant hereby adopts the assertions, argument and requests for relief in said filings and file this Joinder indicating same.

**RESPECTFULLY SUBMITTED** this the 16th day of April, 2021.

**JACKS| GRIFFITH| LUCIANO, P.A.**

By:     /s/ ***Mary McKay Griffith***
          Daniel J. Griffith, MS Bar No. 8366
          Mary McKay Griffith, MS Bar No. 100785
          Attorneys for Defendant Ben Ivy

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com
        mgriffith@jlpalaw.com

### CERTIFICATE OF SERVICE

I, Mary McKay Griffith, attorney of record for Defendant Ben Ivy, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder* to be delivered by the ECF Filing System which gave notice to the following:

> Bobby Moak, Esq.
> Email: bobbymoak402@att.net
> **Attorney for Plaintiff**

> William Robert Allen, Esq.
> Lance W. Martin, Esq.
> Allen, Allen, Breeland & Allen, PLLC
> Email: will.allen@aabalegal.com
>         lmartin@aabalegal.com
> **Attorneys for Clarke County, MS; Sheriff Todd Kemp, Individually and in his Official Capacity as a duly commissioned Sheriff for Clarke County, MS; Chief Deputy Barry White, individually and in his official capacity as a duly commissioned Deputy for Clarke County, MS**

**DATED** this 16th day of April, 2021.

/s/ ***Mary McKay Griffith***
Mary McKay Griffith