IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIN MOORE**                                                                              **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 2:20-cv-209-TBM-MTP**

**CLARKE COUNTY, MS** *and* **DEPUTY BEN IVEY** *individually and in his official capacity as a duly commissioned Deputy for Clarke County, MS*                          **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to, and announced to the Court, a resolution of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of dismissal with prejudice, and the Court being desirous that this matter be finally closed on its docket, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 18th day of August, 2021.

                                                       _____
                                                       TAYLOR B. McNEEL
                                                       UNITED STATES DISTRICT JUDGE